---

No. 96-2119EA

---

Shirley A. Nunally,                    *
                                       *
            Appellant,                 *
                                       *    Appeal from the United States
    v.                                 *    District Court for the Eastern
                                       *    District of Arkansas.
Shirley S. Chater, Commissioner        *
of the Social Security                 *           [UNPUBLISHED]
Administration,  *
                                       *
            Appellee.                  *

---

Submitted:  October 7, 1996

Filed:  October 11, 1996

---

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.

---

PER CURIAM.

    Shirley A. Nunally appeals the district court's order dismissing Nunally's complaint because she did not file the complaint within the 60-day period provided by 42 U.S.C. § 405(g).  Having carefully considered the record and the parties' briefs, we conclude the district court's ruling is clearly correct.  We affirm.  See 8th Cir. R. 47B.

    A true copy.

        Attest:

            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.